NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE, | No. C 07-1297 JF (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |
| v. | |
| M.S. EVANS, Warden, | |
| Respondent. | (Docket No. 11) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for an enlargement of time to file a traverse. The Court concludes that Petitioner has shown good cause for such extension. Accordingly, Petitioner's motion (docket no. 11) is GRANTED. Petitioner shall file a traverse **within thirty (30) days** of the date of this order.

IT IS SO ORDERED.

Dated: 1/15/08

JEREMY FOGEL
United States District Judge

Order Granting Petitioner's Motion for Enlargement of Time to File Traverse
P:\PRO-SE\SJ.Jf\HC.07\Crane297ext.wpd

A copy of this order was mailed to the following:

Richard J. Crane
C-44519
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Stacey D. Schesser
Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102