NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE, | No. C 07-1297 JF (PR) |
| Petitioner, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| M.S. EVANS, Warden, | |
| Respondent. | (Docket No. 17) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's motion for reconsideration (Docket No. 17) is DENIED as premature as the Court has yet to issue a decision on the merits of the petition.

IT IS SO ORDERED.

Dated: 1/5/09

JEREMY FOGEL
United States District Judge

Order Denying Motion for Reconsideration
P:\PRO-SE\SJ.JF\HC.07\Crane297_deny-recon.wpd